**William A. MARTIN, Relator,**

v.

**C.F. ANDERSON COMPANY, INC., and Aetna Life & Casualty, Respondents.**

**No. C1–99–747.**

Supreme Court of Minnesota.

Aug. 6, 1999.

Rehearing Denied Aug. 26, 1999.

James Russell, Loraas, Loraas & Loraas, Burnsville, for relator.

Michael D. Aafedt, Aafedt, Forde, Gray & Monson, P.A., Minneapolis, for respondents.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 5, 1999, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subd. 1(b).

BY THE COURT:

Edward C. Stringer

Edward C. Stringer
Associate Justice